SARANAC LAND AND TIMBER COMPANY v. JAMES A. ROBERTS.   SARANAC LAND AND TIMBER COMPANY v. JAMES A. ROBERTS.— Motions granted. Present — Clarke, P. J., Smith, Page and Shearn, JJ.

SARANAC LAND AND TIMBER COMPANY v. JAMES A. ROBERTS.— Motion denied.   Present — Clarke, P. J., Smith, Page and Shearn, JJ.

MADERO BROTHERS, INC., v. HARRIS WAREHOUSES, INC.—Application granted.   Order signed.   Present — Clarke, P. J., Smith, Page and Shearn, JJ.

EUGENE SAXE, Doing Business under the Firm Name and Style of SAXE CHEMICAL COMPANY, Respondent, v. PEARLMAN COMPANY, INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of the Application of the PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT OF THE STATE OF NEW YORK, Acting on Behalf of the CITY OF NEW YORK, Respondent, for the Appointment of Commissioners of Appraisal, Pursuant to Chapter 4 of the Laws of 1891, and the Several Statutes Amendatory Thereof and Supplemental Thereto, Relative to Acquiring an Estate in Fee Simple Absolute and an Estate by Way of Easement in and to Certain Several Premises Situate at and Near the Intersection of Mott Avenue and East One Hundred and Thirty-eighth Street in the Borough of The Bronx, City of New York, Required for the Purpose of the Construction, Maintenance and Operation in Perpetuity of a Portion of the Rapid Transit Railroad Commonly Spoken of as the Lexington Avenue Route.   HARLEM RIVER LUMBER AND WOODWORKING COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

AMERICAN NATIONAL BANK, Appellant, v. JOSEPH M. CONKLIN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

JERRY R. BEGGS, Doing Business under the Firm Name and Style of J. R. BEGGS & Co., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.   (Nos. 1 and 2.) — Determination affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

PELLIGRINO DI GIOVERNI, Appellant, v. EMIL ROSSBACH, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of evidence. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.; Clarke, P. J., and Shearn, J., dissented.

THE NEHRING COMPANY, INC., Appellant, v. WILLIS T. HANSON, Respondent.— Order modified as stated in order entered hereon and as modified affirmed, with costs to respondent.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

M. SAMUEL & SONS, INC., Respondent, v. HUDSON AND MANHATTAN RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

EDWARD H. TITUS, Appellant, v. ROBERT B. GRIFFIN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.